443 A.2d 1140

PENNSYLVANIA ASSOCIATION OF CHILD CARE
ADMINISTRATORS, Appellant,

v.

COMMONWEALTH, DEPARTMENT OF PUBLIC
WELFARE et al.

Supreme Court of Pennsylvania.

Argued April 15, 1982.

Decided April 26, 1982.

Robert P. Casey, Gary R. Leadbetter, Philadelphia, for appellant.

Kathleen McGrath, Deputy Atty. Gen., for appellees.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.

Order affirmed.